FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 2 3 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**JEFFREY BURLINGAME,** )<br>)<br>Defendant. )<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO. 16-1088 JCH<br><br>Count 1: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Possession with Intent to Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine;<br><br>Count 2: 18 U.S.C. § 924(c): Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about February 24, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **JEFFREY BURLINGAME**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

### Count 2

On or about February 24, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **JEFFREY BURLINGAME**, knowingly used and carried a firearm, a Jennings .38 caliber, semi-automatic pistol, serial number 836910, during and in relation to a drug trafficking

crime for which the defendant may be prosecuted in a court of the United States, specifically, possession with intent to distribute methamphetamine as charged in Count 1 of this indictment.

In violation of 18 U.S.C. § 924(c).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

3/15/16